IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRANDON POTTER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5548

Opinion filed November 6, 2017.

Petition –Ineffective Assistance of Counsel – Original Jurisdiction.

Brandon Potter, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

RAY and OSTERHAUS, JJ, and PATTERSON, CHRISTOPHER N., ASSOCIATE JUDGE, CONCUR.